UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICHAEL S. GORBEY,        )
                          )
        Plaintiff,        )
                          )
v.                        )   Civil Action No. 08-0650
                          )
UNITED STATES OF AMERICA, *et al.*,  )
                          )
        Defendants.       )

## ORDER

It is hereby

**ORDERED** that plaintiff's motion for leave to proceed on appeal *in forma pauperis* [Dkt. #8] is **GRANTED**.

SO ORDERED.

/s/ Rosemary M. Collyer
United States District Judge

DATE: 18 August 2008